AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| DIRECTV | ) | [CLOSED] |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   14-08673 DDP (MANx) |
| Factory Mutual Insurance Company | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

◻ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*   Factory Mutual Insurance Company   recover costs from the plaintiff *(name)*   DIRECTV .

◻ other:

.

This action was *(check one)*:

◻ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

◻ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Dean D. Pregerson                          on a motion for Summary Judgment

.

Date:   March 15, 2016 _____

CLERK OF COURT

/s/  John A. Chambers
_____
*Signature of Deputy Clerk*